UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              22-CR-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              22-CR-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              22-CR-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.,

        Defendants.

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                                                  24-CR-15 (NEB/DTS)

IKRAM YUSUF MOHAMED, ET AL.,

           Defendants.

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                                                  25-CR-226 (NEB/DTS)

DOROTHY JEAN MOORE,

           Defendant.

## THIRD AMENDED ORDER SETTING TRIALS

On June 17, 2025 this Court issued a second amended order scheduling trial for the remaining defendants it this "Feeding Our Future" financial fraud scheme. The Court is reviewing these cases monthly to keep the cases moving and on track for trial. Due to the number of cases and defendants left to try, other criminal trials scheduled before the Court, cases and defendants that no longer require a trial and anticipated length of the

remaining trials, this Order resets date-certain trials, with the amended trial dates stated below.

The Court HEREBY ORDERS the following trial schedule. The parties and attorneys involved in each case are to be prepared and available for trial on these dates.

1. **United States v. Aimee Bock, et al. (22-cr-223)**: **February 3, 2025 through TBD.** Based on the size of the courtroom and other logistical considerations, the Court cannot try all 12 defendants in this case together. The Court grouped the defendants as follows:

    a. **February 3 – March 14, 2025** Amy Marie Bock (1) and Salim Ahmed Said (3)[1]; and
    b. **Date to be Determined -** Abdirahman Mohamud Ahmed (14)[2].

The dates listed above are date certain; however, if a prior trial runs long, then the start date could be moved slightly. While the Court intends to take a break between each block of defendants in this this case, the Court will be trying other criminal cases in-between. To keep the trial moving, the Court generally <u>will</u> hold trial on Fridays, but will assess this plan during trial. The Court will issue an amended trial notices to adjust the Defendants now scheduled in each trial block if needed.

2. **United States v. Ahmed Yasin Ali and Khadar Jigre Adan (22-cr-222):  September 18, 2025 through October 10, 2025[3].** The Court has recently issued an amended trial notice with amended trial document deadlines.

3. **United States v. Qamar Ahmed Hassan, et al. (22-cr-224): October 14, 2025 through October 31, 2025.**

---

[1] This trial was completed on March 19, 2025.
[2] Defendant Abdirahman Mohamud Ahmed (14) was recently appointed new counsel. Defendant Ahmed has been severed from the August 18th trial. A status conference is scheduled for October 23, 2025 to schedule a date certain trial date for Defendant Ahmed.
[3] USA v Ali and Adan was scheduled to start September 15, 2025 but has been moved to begin September 18, 2025.

4. **United States v. Ikram Yusuf Mohamed, et al. (24-cr-15): April 20, 2026 through May 22, 2026.**

5. **United States v. Dorothy Jean Moor (25-226): To be determined after pretrial motions have been completed.**

The above-referenced cases are all related as part of a larger "Feeding our Future" alleged financial fraud scheme, under which the government have charged 72 defendants to date. Early on, these cases were designated as complex for purposes of the Speedy Trial Act pursuant to 18 U.S.C. §§ 316(h)(7)(B)(ii), based on the large volume of discovery, the nature of the evidence collected, and the sheer number of defendants. In some cases, the Court has granted multiple requests from the parties to continue motion hearings, continue trials, or for additional briefing.

Based on the complexity of the cases, the nature of the cases as related, the timing of when the cases are official trial read, to give adequate time for counsel to prepare and to ensure continuity of counsel, especially those that represent multiple defendants, the Court finds that the ends of justice served by the granting of these continuances outweigh the best interest of the public and the Defendants in a speedy trial. The Court thus continues to exclude the speedy trial time from the date of this order, until each trial date

listed above by the Court pursuant to 18 U.S.C. § 3161(h)(7)(A)[4].

Dated: August 1, 2025                               BY THE COURT:

                                                    s/Nancy E. Brasel
                                                    Nancy E. Brasel
                                                    United States District Judge

---

[4] Time was excluded from these cases on 7/25/24, 2/21/25, and 6/17/2025 until the trial date certain in the last orders filed. The Court continues to exclude the time until trial.

5